1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9                         ----oo0oo----

10   JAIME P. KUCHMA,

11            Plaintiff,

12       v.                           NO. CIV. S-06-02775 WBS GGH

13
     ADESA GOLDEN DATE, dba
14   GOLDEN GATE AUTO AUCTION,
     a Foreign Corporation and
15   Does One through Ten,

16
              Defendants.
17

18                        ----oo0oo----

19            STATUS (PRETRIAL SCHEDULING) ORDER

20            After reviewing the parties' Joint Status Report, the

21   court hereby vacates the Status (Pretrial Scheduling) Conference

22   scheduled for February 12, 2007, and makes the following findings

23   and orders without needing to consult with the parties any

24   further.

25            I.   SERVICE OF PROCESS

26            All named defendants have been served and the parties

27   have stipulated that the defendants have until February 5, 2007

28   to file an answer.  No further service is permitted without leave

1  of court, good cause having been shown under Fed. R. Civ. P.

2  16(b).

3         II.  JOINDER OF PARTIES/AMENDMENTS

4         No further joinder of parties or amendments to

5  pleadings is permitted except with leave of court, good cause

6  having been shown under Fed. R. Civ. P. 16(b).  See Johnson v.

7  Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

8         III.  JURISDICTION/VENUE

9         Federal question jurisdiction is predicated upon 28

10 U.S.C. § 1331 and the Fair Labor Standards Act("FLSA"), 29 U.S.C.

11 § 201.   Venue is undisputed and is hereby found to be proper.

12         IV.  DISCOVERY

13         The parties state that initial disclosures required by

14 Fed. R. Civ. P. 26 (a)(1) will be served no later than February

15 5, 2007.

16         All discovery, including depositions for preservation

17 of testimony, is left open, save and except that it shall be so

18 conducted as to be completed by October 19, 2007.  The word

19 "completed" means that all discovery shall have been conducted so

20 that all depositions have been taken and any disputes relevant to

21 discovery shall have been resolved by appropriate order if

22 necessary and, where discovery has been ordered, the order has

23 been obeyed.  All motions to compel discovery must be noticed on

24 the magistrate judge's calendar in accordance with the local

25 rules of this court and so that such motions may be heard (and

26 any resulting orders obeyed) not later than October 19, 2007.

27 ///

28 ///

1        V.   MOTION HEARING SCHEDULE

2        All motions, except motions for continuances,

3 temporary restraining orders or other emergency applications,

4 shall be filed on or before November 29, 2007.  All motions shall

5 be noticed for the next available hearing date.  Counsel are

6 cautioned to refer to the local rules regarding the requirements

7 for noticing and opposing such motions on the court's regularly

8 scheduled law and motion calendar.

9        VI.   FINAL PRETRIAL CONFERENCE

10        The Final Pretrial Conference is set for February 11,

11 2008 at 1:30 p.m. in Courtroom No. 5.  The conference shall be

12 attended by at least one of the attorneys who will conduct the

13 trial for each of the parties and by any unrepresented parties.

14        Counsel for all parties are to be fully prepared for

15 trial at the time of the Pretrial Conference, with no matters

16 remaining to be accomplished except production of witnesses for

17 oral testimony.  Counsel shall file separate pretrial statements,

18 and are referred to Local Rules 16-281 and 16-282 relating to the

19 contents of and time for filing those statements.  In addition to

20 those subjects listed in Local Rule 16-281(b), the parties are to

21 provide the court with: (1) a plain, concise statement which

22 identifies every non-discovery motion which has been made to the

23 court, and its resolution; (2) a list of the remaining claims as

24 against each defendant; and (3) the estimated number of trial

25 days.

26        In providing the plain, concise statements of

27 undisputed facts and disputed factual issues contemplated by

28 Local Rule 16-281(b)(3)-(4), the parties shall emphasize the

1  claims that remain at issue, and any remaining affirmatively pled
2  defenses thereto.  If the case is to be tried to a jury, the
3  parties shall also prepare a succinct statement of the case,
4  which is appropriate for the court to read to the jury.

5                    VII.  TRIAL SETTING

6            The court trial is set for April 08, 2008  at 9:00
7  a.m. in Courtroom No. 5.

8                    VIII.  SETTLEMENT CONFERENCE

9            A Settlement Conference will be set at the time of the
10 Pretrial Conference.

11           All parties should be prepared to advise the court
12 whether they will stipulate to the trial judge acting as
13 settlement judge and waive disqualification by virtue thereof.

14           Counsel are instructed to have a principal with full
15 settlement authority present at the Settlement Conference or to
16 be fully authorized to settle the matter on any terms.  At least
17 seven calendar days before the Settlement Conference counsel for
18 each party shall submit a confidential Settlement Conference
19 Statement for review by the settlement judge.  If the settlement
20 judge is not the trial judge, the Settlement Conference
21 Statements shall not be filed and will not otherwise be disclosed
22 to the trial judge.

23           IX.  MODIFICATIONS TO SCHEDULING ORDER

24           Any requests to modify the dates or terms of this
25 Scheduling Order, except requests to change the dates of the
26 final Pretrial Conference or trial, may be heard and decided by
27 the assigned Magistrate Judge.  All requests to change the dates
28 of the Pretrial Conference and/or trial shall be heard and

1   decided only by the undersigned judge.

2   DATED:   February 6, 2007

3

4                           WILLIAM B. SHUBB

5                           UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28