MARGARET ROSENTHAL, Bar No. 147501
SABRINA L. SHADI, Bar No. 205405
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard
15th Floor
Los Angeles, CA  90025
Telephone:   310.820.8800
Facsimile:    310.820.8859
Email:           mrosenthal@bakerlaw.com
Email:           sshadi@bakerlaw.com

Attorneys for Defendant
ADESA California LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| JAMIE P. KUCHMA,<br><br>             Plaintiff,<br><br>v.<br><br>ADESA GOLDEN GATE, dba GOLDEN GATE AUTO AUCTION, a Foreign Corporation and  Does One through Ten,,<br><br>             Defendants. | Case No.  06-CV-2775 WBS-GGH<br><br>[Honorable William B. Shubb]<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Jamie P. Kuchma and ADESA California, LLC, improperly sued as ADESA Golden Gate, through their respective counsel of record, hereby stipulate to the dismissal of the entire action with prejudice, each of the parties to bear its/his own costs and attorneys fees.

Dated:  May 23, 2007                                   BAKER & HOSTETLER LLP


                                                       /s/ Sabrina L. Shadi
                                                       Margaret Rosenthal
                                                       Sabrina L. Shadi
                                                       Attorneys for Defendant ADESA California
                                                       LLC


Dated:  May 23, 2007                                   LAW OFFICES OF MICHAEL M. HERRICK


                                                       /s/ Michael M. Herrick
                                                       Michael M. Herrick
                                                       Attorneys for Plaintiff JAMIE P. KUCHMA

**ORDER**

Based upon the foregoing Stipulation, and finding good cause therefor, IT IS HEREBY ORDERED that:

The above-captioned matter is hereby dismissed with prejudice.

DATED: May 25, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE BY MAIL**

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California 90025. On May 23, 2007, the STIPULATION FOR DISMISSAL will be served on the person(s) listed below:

Michael M. Herrick, Esq.
HERRICK LAW OFFICES
1750 Montgomery Street, #1104
San Francisco, CA 94111-1063
Phone: (415) 781-2804
Fax: (415) 781-8446
Email: herrick@wagelaw.com

[ **X** ] Via electronic mail by the U.S. District Court - Live System.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 23, 2007, at Los Angeles, California.

/s/ Charlene E. Stamps
CHARLENE. STAMPS

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
ORLANDO

089220, 000008, 501380634.2

PROOF OF SERVICE
06CV2775 WBS-GGH